# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |

METRIC DARRON DAVIDSON

Case Number: 3:05-00153
USM Number: 17508-075

William Jordan Steed, III
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) One (1), Two (2), and Three (3) of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Defendant shall not purchase, possess, use, distribute or administer any controlled substance | June 25, 2012 |
| 2 | Defendant shall not associate with any persons engaged in criminal activity | June 23, 2012 |
| 3 | Defendant shall participate in a program of drug testing and treatment at the direction of the Probation Officer | June 20, 2012 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 0365

July 6, 2012
Date of Imposition of Judgment

Defendant's Year of Birth: 1965

*Todd Campbell*
Signature of Judge

City and State of Defendant's Residence:
Nashville, Tennessee

Todd J. Campbell, United States District Judge
Name and Title of Judge

July 6, 2012
Date

DEFENDANT: METRIC DARRON DAVIDSON      Judgment — Page 2 of 2
CASE NUMBER: 3:05-00153

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  twelve (12) months and one (1) day

No period of Supervised Release is imposed.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

    1. Incarceration near Nashville, Tennessee, to be close to family, if consistent with the Defendant's security classification.

    2. Credit for time served since June 25, 2012.

__X__ The Defendant is remanded to the custody of the United States Marshal.

____ The Defendant shall surrender to the United States Marshal for this District:

    ____ at _____ p.m. on _____

    ____ as notified by the United States Marshal.

____ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____ before 2 p.m. on _____

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this Judgment.

                                                      _____

                                                      United States Marshal

                                                      By: _____

                                                      Deputy United States Marshal